663 A.2d 1350

EDWARD J. FLYNN v. JOHN R. CONNOR.

June 15, 1995.

## ORDER

This matter having come before the Court on a claim of an appeal as of right based on *Rule* 2:2–1(a)(1), and the Court having reviewed the submissions of the parties, and good cause appearing;

It is ORDERED that the appeal is dismissed for failure to state a substantial constitutional question. See *Tidewater Oil Co. v. Mayor and Council of Carteret*, 44 *N.J.* 338, 341–342, 209 *A.*2d 105 (1965); *Piscataway Assoc., Inc. v. Township of Piscataway*, 73 *N.J.* 546, 549, 376 *A.*2d 527 (1977).

663 A.2d 1351

STERLING MILLER, ET AL. v. DAVID JONES, ET AL.

June 21, 1995.

## ORDER

This matter having come before the Court on an appeal as of right pursuant to *Rule* 2:2–1(a)(1), and the Court having determined that the matter does not present a substantial constitutional question within the meaning of the *Rule* or applicable caselaw;

It is ORDERED that the within appeal is dismissed.